**SSM** Cancer Care

1011 Bowles Avenue, Suite G50
Fenton, Missouri 63026
636.496.4600
636.496.4961
ssmhealth.com

Honorable Ronnie L. White
United States District Judge
Eastern District of Missouri
111 South 10th Street, Suite 10.182
St. Louis, Missouri 63102

September 12, 2016

Dear Judge White:

I am writing to you on behalf of Dr. David Peter. I have known Dr. Peter for more than 20 years. I have collaborated with him in the care of many patients; I have had many long discussions with him in the doctor's lounge; and I have listened to his comments in conferences. I, therefore, believe that I know him very well, and this is what I know to be true about Dr. Peter:

He is an outstanding physician. In addition to being extremely knowledgeable, he has a strong sense of responsibility about doing what is right for his patients. He is not motivated by money or image. His only motivation is the welfare of his patients. Also, he is one of only few physicians who actually takes the time to talk to his patients – he gets to know them and helps them to understand their diagnoses and proposed management plans. Over the past 5 years hospitals have put increasing pressure on their physicians to see more patients per day (and, as a consequence, spend less time with each patient). Dr. Peter is one of the rare physicians who has resisted this pressure. As a result, his patients love him, and needless to say most were devastated by his leaving.

He is truly a good person, and is both compassionate and sensitive. He is always willing to help his friends and colleagues. His low-key, friendliness has resulted in his being well liked by all of his colleagues.
Up until his recent drug-seeking behavior, there has never been any hint of moral turpitude, illegal activity, or even conflict with his colleagues and partners.

Dr. Peter is an exceptional physician and a wonderful human being who happens to have a very bad disease. In my opinion, addiction is a disease which is progressive and, if untreated, will ultimately cause good people to engage in bad, dishonest and illegal activities. Fortunately, Dr. Peter has had treatment for his disease and is currently

SSM HEALTH CARE – ST. LOUIS INCLUDES

Through our exceptional health care services, we reveal the healing presence of God.


**SSM** Cancer Care

1011 Bowles Avenue, Suite G50
Fenton, Missouri 63026
636.496.4600
636.496.4961
ssmhealth.com

doing everything he needs to do to maintain log-term sobriety. I will say also that I admire Dr. Peter for his courage in being forthright about his current situation.

I would sincerely ask that you give him the very lightest and most lenient sentence so that he can have a chance to get his life back together and become again a useful and productive member of society.

Sincerely,

*[signature: John Bedwinek]*

John Bedwinek, M. D., FACR, FACRO, FASTRO

SSM Cancer Care – SSM St Joseph Hospital West
400 Medical Plaza, Suite 100
Lake St Louis, MO 63367
636-639-8600

St. Louis CyberKnife – SSM St clare Health Center
1011 Bowles, Suite G-50
Fenton, Mo 63026
Phone: 636-496-4660

SSM HEALTH CARE – ST. LOUIS INCLUDES

Through our exceptional health care services, we reveal the healing presence of God.